UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YUNIOR JOEL RODRIGUEZ PEREZ,

                    Petitioner,

              -v.-

PAUL ARTETA, Sheriff, Orange County;
KENNETH GENALO, New York City Field
Office Director, U.S. Immigration and
Customs Enforcement; KRISTI NOEM,
U.S. Secretary of Homeland Security;
PAMELA BONDI, U.S. Attorney General,

                    Respondents.

26 Civ. 885 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On February 2, 2026, Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.  (Dkt. #1).  The same day, Petitioner filed a motion for an Order to Show Cause.  (Dkt. #3).  The Court, having examined the petition in this action, hereby ORDERS that:

(i)   On or before **February 4, 2026**, at **12:00 p.m.**, the Government shall file a letter with the following information:

      a. Petitioner's A-number and current place of detention;

      b. The statutory provision(s) under which Respondents assert the authority to detain Petitioner;

      c. A copy of any final order of removal;

      d. Any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings; and

e. An indication of whether this case is distinguishable from previous cases decided by this Court. *See, e.g.*, *Ortiz-Lopez* v. *Francis*, No. 25 Civ. 7985 (KPF); *Villarreal Obregon* v. *Francis*, No. 25 Civ. 9465 (KPF).

(ii) On or before **February 5, 2026**, the Government shall file an opposition as to why this petition for a writ of habeas corpus should not be granted.

(iii) Petitioner shall have the opportunity to reply on or before **February 12, 2026**.

(iv) The parties shall appear for a conference regarding the petition on **February 17, 2026**, at **12:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Respondents shall produce Petitioner at this hearing.

(v) To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States without an order by this Court allowing such removal. *See, e.g.*, *M.K.* v. *Joyce*, No. 25 Civ. 1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) ("To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed … unless and until the Court orders otherwise." (emphasis omitted)); *Garcia-Izquierdo* v. *Gartner*, No. 4 Civ. 7377 (RCC), 2004 WL 2093515, at *2 (S.D.N.Y. Sept. 17, 2004) ("Under the All Writs Act, 28 U.S.C. § 1651, the Court may

2

order that a petitioner's deportation be stayed ... when a stay is necessary to preserve the Court's jurisdiction of the case.").

(vi)     Moreover, to facilitate resolution of the petition, Petitioner shall not be transferred, except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.  *See Samb* v. *Joyce*, No. 25 Civ. 6373 (DEH) (S.D.N.Y. Aug. 4, 2025) (Dkt. #3 at 2) (collecting cases in support of enjoining transfer of petitioner outside of the New York City area).

(vii)    The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued at the following email address:

jeffrey.oestericher@usdoj.gov.

SO ORDERED.

Dated:   February 2, 2026
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

3