UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YUNIOR JOEL RODRIGUEZ PEREZ,

Petitioner,

-v.-

PAUL ARTETA, *Sheriff, Orange County*;
KENNETH GENALO, *New York City Field
Office Director, U.S. Immigration and
Customs Enforcement*; KRISTI NOEM,
*U.S. Secretary of Homeland Security*;
PAMELA BONDI, *U.S. Attorney General*,

Respondents.

26 Civ. 885 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On February 2, 2026, Petitioner filed a petition for a writ of habeas

corpus under 28 U.S.C. § 2241 (the "Petition"). (*Rodriguez Perez* Dkt. #1). That

same day, the Court issued an Order that, among other things, directed

Respondents to file a letter on or before February 4, 2026, providing various

information, including whether this case is distinguishable from earlier cases

this Court has decided. (*See Rodriguez Perez* Dkt. #4). The Government then

filed that letter. (*See Rodriguez Perez* Dkt. #6).

The Court appreciates the Government's prompt response. The

Government concedes that cases this Court has already decided, including

*Ortiz-Lopez* v. *Francis*, No. 25 Civ. 7985 (KPF), "would control the result in this

case." (*See Rodriguez Perez* Dkt. #6 at 3). In *Ortiz-Lopez*, this Court granted

Mr. Ortiz-Lopez's petition for a writ of habeas corpus. (*See Ortiz-Lopez* Dkt.

#13). As such, Mr. Rodriguez Perez's Petition in this action is GRANTED for

the reasons set forth on the record in the October 22, 2025 conference in *Ortiz-Lopez.* (*See Ortiz-Lopez* Dkt. #15).

Respondents are ORDERED to, with the help of United States Immigration and Customs Enforcement, transport Petitioner back to the Southern District of New York by **February 5, 2026**, and immediately upon effectuating his transfer, to release Petitioners from custody. *See Lopez Benitez* v. *Francis*, — F. Supp. 3d —, No. 25 Civ. 5937 (DEH), 2025 WL 2371588, at *15 (S.D.N.Y. Aug. 13, 2025). Respondents may impose only the restraints on Petitioner's liberty that existed prior to his detention. Respondents are further ORDERED to certify compliance with this ORDER no later than **5:00 p.m.** on **February 6, 2026**. *See id.*; *Tuma Huamani* v. *Francis*, No. 25 Civ. 8110 (LJL), 2025 WL 3079014, at *9 (S.D.N.Y. Nov. 4, 2025).

Respondents are ENJOINED from re-detaining Petitioner without a valid exercise of discretion under 8 U.S.C. § 1226(a). Respondents are further ENJOINED, absent an additional Court Order, from denying bond to Petitioner in any subsequent proceeding on the basis that he must be detained pursuant to 8 U.S.C. § 1225(b). It is further ORDERED that if Petitioner is granted bond, Respondents are ENJOINED from invoking the automatic stay provision at 8 C.F.R. § 1003.19(i)(2). *See Rueda Torres* v. *Francis*, No. 25 Civ. 8408 (DEH), 2025 WL 3168759, at *6 (S.D.N.Y. Nov. 13, 2025).

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:   February 4, 2026
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge