

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 5, 2026

**By ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



Re: *Rodriguez Perez v. Arteta*, No. 26-cv-885 (KPF)

Dear Judge Failla:

This Office represents the government in this habeas corpus action. I write respectfully in accordance with the Court's February 4 order, which directed ICE to transport Petitioner back to the Southern District of New York by February 5 and then to immediately release him; the Court directed the government to file a certification of such release by the next day. ECF No. 7. ICE has informed this Office that Petitioner was transported back to this District today, February 5, and released from 26 Federal Plaza at 9:51 p.m.

I thank the Court for its consideration of this letter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel. (212) 637-2743

cc:     Counsel of Record (by ECF)

The Court appreciates the above update.  The Clerk of Court is directed to terminate the pending motion at docket entry 3, adjourn all remaining dates, and close this case.

Dated:     February 6, 2026          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE