**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
YUNIOR JOEL RODRIGUEZ PEREZ,

                    Petitioner,          26 **CIVIL** 885 (KPF)

     -against-                         **JUDGMENT**

PAUL ARTETA, Sheriff, Orange County;
KENNETH GENALO, New York City Field
Office Director, U.S. Immigration and Customs
Enforcement; KRISTI NOEM, U.S. Secretary of
Homeland Security; PAMELA BONDI, U.S.
Attorney General,

                  Respondents.
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated February 4, 2026 and Memo Endorsement dated February 6, 2026, Mr. Rodriguez Perez's Petition in this action is GRANTED for the reasons set forth on the record in the October 22, 2025 conference in Ortiz-Lopez. (See Ortiz-Lopez Dkt. #15). Respondents are ORDERED to, with the help of United States Immigration and Customs Enforcement, transport Petitioner back to the Southern District of New York by February 5, 2026, and immediately upon effectuating his transfer, to release Petitioners from custody; accordingly, the case is closed.


**DATED:**  New York, New York
          February 6, 2026

                                 **TAMMI M. HELLWIG**
                                       _____
                                           **Clerk of Court**

                BY:  _____
                                       **Deputy Clerk**